> Motion GRANTED.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

**MOTION TO ADOPT CO-DEFENDANT ALLEN'S MOTION AND SUPPORTING MEMORANDUM OF LAW TO COMPEL THE PRODUCTION OF STATEMENTS BY CO-DEFENDANTS OR CO-CONSPIRATORS WHO MAY NOT TESTIFY FOR THE GOVERNMENT (DOCKET ENTRIES 823 & 837)**

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Allen's Motion and Supporting Memorandum of Law to Compel the Production of Statements by Co-Defendants or Co-Conspirators Who May Not Testify for the Government (Docket Entries 823 & 837).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY:   s/ Kimberly S. Hodde
       KIMBERLY S. HODDE
       Attorney for Defendant Wilson