Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.  3:10-00163** |
| | ) | **Judge Trauger** |
| **KEAIRUS WILSON** | ) | |

### MOTION TO ADOPT CO-DEFENDANT WILLIAMSON'S MOTION FOR DAILY TRIAL TRANSCRIPT (DOCKET ENTRY 768)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel,

and hereby moves to adopt Co-Defendant Williamson's Motion for Daily Trial Transcripts (Docket

Entry 768).


Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN  37203
(615) 242-4200


BY:    s/ Kimberly S. Hodde
          KIMBERLY S. HODDE
          Attorney for Defendant Wilson