> Motion GRANTED.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT WILLIAMSON'S MOTION FOR THE COURT TO PAY FOR CARE OF DEPENDENT CHILDREN AND FAMILY MEMBERS OF SINGLE PARENTS WHO ARE SELECTED AS JURORS (DOCKET ENTRY 766)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Williamsons's Motion for the Court to Pay for Care of Dependent Children and Family Members of Single Parents Who are Selected as Jurors (Docket Entry 766).

Respectfully submitted,

HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson