# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

## MOTION TO ADOPT CO-DEFENDANT HALL'S
## MOTION AND MEMORANDUM TO REVIEW ANTICIPATED
## COURTROOM SECURITY MEASURES (DOCKET ENTRY 817)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel,

and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum to Review Anticipated

Courtroom Security Measures (Docket Entry 817).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY:     s/ Kimberly S. Hodde
          KIMBERLY S. HODDE
          Attorney for Defendant Wilson