| Petty Offense | ( ) |
|---|---|
| Misdemeanor | ( ) |
| Felony | (X) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

County of Offense: <u>Davidson</u>

AUSA's NAME: <u>SCARLETT SINGLETON</u>

<u>SHAWN HOWELL</u> ㉓
Defendant's Name

_____
Defendant's Address

Interpreter Needed? ____ Yes  __X__ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| | | SEE ATTACHED SHEET | | |
| | | | | |
| | | | | |
| | | | | |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody? ( ) Yes  (X) No     If Yes, State or Federal? _____

Has a complaint been filed? ( ) Yes  (X) No
    If Yes:  Name of Magistrate Judge _____     Case No.: _____
    Was the defendant arrested on the complaint?  ( ) Yes     ( ) No

Has a search warrant been issued?     ( ) Yes  (X) No
    If Yes:  Name of Magistrate Judge _____     Case No.: _____

Was bond set by Magistrate/District Judge:  ( ) Yes  (X) No     Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No     To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No     To/from what district? _____

Is this case related to a pending or previously filed case? (X) Yes     ( ) No

    What is the related case number: ___3:10-cr-00163___

    Who is the Magistrate Judge: _____     District Judge: <u>JUDGE TRAUGER</u>

Estimated trial time: <u>Three Weeks</u>

The Clerk will issue a **Summons** / **Warrant**     (circle one)

Bond Recommendation: <u>Currently on Pre-Trial Release</u>

(Revised January 2008)

SHAWN HOWELL

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 26 | 18/4 | Misprision of Felony | NMT 3 years | $250,000 |