IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

## MOTION TO ADOPT MOTIONS IN LIMINE FILED BY CO-DEFENDANTS

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves this Honorable Court to allow him to adopt relevant Motions in Limine filed by other co-defendants in this matter. Specifically, Defendant Wilson moves to adopt:

1. Rondarius Williamson's Motion in Limine #3 (Lack of Remorse) (Docket Entry 1222); and,

2. Rondarius Williamson's Motion in Limine #2 (Police Officers Testifying in Uniform) (Docket Entry 1224).

Defendant Wilson respectfully requests permission to adopt other Motions in Limine to be filed by co-defendants in this action.

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson