Motion GRANTED.

*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| **KEAIRUS WILSON** | ) | |
| **RONDARIUS WILLIAMSON** | ) | |

### JOINT MOTION TO RECONSIDER AND WITHDRAW ORDER REQUIRING WRITTEN DIRECT EXAMINATIONS OF GANG AND EYEWITNESS EXPERTS

**COME NOW** the Defendants, **Keairus Wilson and Rondarius Williamson**, and the Government, by and through their respective undersigned counsel, and hereby respectfully request that the Court withdraw its Order requiring the parties prepare scripted direct examinations of their respective gang and eyewitness experts and exchange those by February 21, 2012.

1. Yesterday afternoon, the Court entered a *sua sponte* Order requiring that:

> In the interest of avoiding surprise and aiding the court in its *Daubert* rulings on the eyewitness and gang experts, it is **ORDERED** that the parties shall comply with Local Rule 39.01(c)(6)c. [sic] by reducing to writing the direct testimony of these proffered expert witnesses. This testimony shall be exchanged with counsel and provided to Judge Trauger's chambers (but not filed) by 5:00 p.m. on Tuesday, February 21, 2012.

Docket Entry 1419.

2. The parties respectfully request that the Court reconsider and withdraw its

1