Motion GRANTED.
Hearing reset for
9/10/12 at 2:30 p.m.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No.   **3:10-00163** |
| | ) | **Judge Trauger** |
| **KEAIRUS WILSON** | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves this Honorable Court to continue to his Sentencing Hearing from Thursday, July 5, 2012 to a date in the weeks of July 23rd, August 13th or August 20th..  In support hereof, Defendant Wilson states as follows:

1.     Defendant Keairus Wilson is slated for Sentencing on Thursday, July 5, 2012 at 1:00 p.m.

2.     Due to irreconcilable scheduling conflicts, undersigned counsel will likely be unavailable for the presently scheduled sentencing hearing in this matter, and undersigned counsel will not have an opportunity to review the revised/amended presentence report with Defendant Wilson prior to the sentencing.   Undersigned counsel is presently out-of-town, and during the week of July 2, 2012, undersigned counsel has Court out-of-county or out-of-district in other cases every day that week, including having been subpoenaed to testify at a hearing on Friday, July 6, 2012.   Today, undersigned counsel has learned that her attendance may also be required (ordered) on Thursday, July 5, 2012.   Therefore, undersigned counsel requests additional time to review the revised presentence report with Defendant Wilson and also requests that the sentencing be reset to a date and time within one of the proposed weeks.