UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-163-27 |
| | ) | JUDGE TRAUGER |
| KEAIRUS WILSON | ) | |

## NOTICE REGARDING MOTION FOR RELIEF UNDER FIRST STEP ACT

Undersigned counsel has been appointed to represent defendant Keairus Wilson, who filed a pro se motion for relief under Section 404 of the First Step Act, and counsel has been directed to either supplement the pro se motion or otherwise file a notice. Counsel files this notice that he does not intend to supplement the pro se motion.

As of June 21, 2012, it was definitively established that the Fair Sentencing Act must be applied to any defendant sentenced on or after August 3, 2011. *Dorsey v. United States*, 567 U.S. 260 (2012). On September 10, 2012, Wilson was sentenced on several counts, none of which appear to have been for trafficking crack cocaine in violation of 21 U.S.C. § 841. (Amended Judgment, R.2121, PageID# 13238; Verdict Form, R.1501, PageID# 5382.) Section 404 of the First Step Act allows crack-offenders who did not get the benefit of the Fair Sentencing Act to now file for a reduced sentence. Because of the timing and nature of Wilson's convictions, counsel does not see any argument to make regarding Section 404 applying to him.

Respectfully submitted,

*s/ Michael C. Holley*
Michael C. Holley (BPR # 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Michael_holley@fd.org
*Attorney for Keairus Wilson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2020, I electronically filed the foregoing *Notice Regarding Motion for Relief under First Step Act* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: John Webb, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

                                  *s/ Michael C. Holley*
                                  Michael C. Holley